Clarence L. Barber, Appellant, v. Edward W. Davidson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Otto R. H. Ludewig, Plaintiff, v. Andreas C. Bosselman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ruth Lake Bauer, Appellant, v. Eagle-Insurance Company of London, England, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Augusta S. Sternberger v. Bernard Perlmutter.— Motion granted, unless appellant complies with terms stated in order.

The People of the State of New York v. Stephen H. Dutton. The People of the State of New York v. James N. De Pretie.— Motion granted, unless appellant complies with terms stated in order.

Matilda Leerburger v. Joseph Polstein. Gennaro Maida v. Adrian H. Joline. Vincenzo Maida v. Adrian H. Joline.— Motions granted, with ten dollars costs.

Caroline D. Sexton v. Albano Goldstein.— Motion denied.

Emile G. Des Jardins v. Walter B. Hotchkin. Caroline J. Taylor v. Nathan H. Heft.— Motions granted, unless appellants comply with terms stated in orders.

Samuel Corn v. Adolph Heymsfeld. St. Stephen's Church v. Andrew Bastine. Michael Kleiner v. Joseph Cohn and Another. (2 cases.) Charlotte W. Bartlett v. James C. Stewart.— Applications denied, with ten dollars costs. Orders signed.

Jacob Diamond v. Herman T. Mendelsohn.— Application granted. Order signed.

Anna Segeritz v. Grand Lodge, etc.— Motion denied, with ten dollars costs.

London Realty Company v. Elizabeth Riordan.— Motion granted.

Nelda M. Talley v. Robert P. Talley.— Motion denied, with ten dollars costs.

Conrad M. Braker v. New York Finance Company.— Motion denied, without costs.

Charles W. Cass v. Realty Securities Company.— Motion granted; questions certified.

William J. Bryon v. Paul Bernstein.— Motion denied, with ten dollars costs.

The People of the State of New York ex rel. Frederick B. Faitoute v. James Creelman and Others.— Order resettled so as to certify that decision was made as matter of law and not in the exercise of discretion. Order to be settled on notice.

Meyer L. Sire v. Edward F. Browning.— Motion granted; time to serve papers on appeal extended until April first. Order to be settled on notice.

Denis J. Shea v. Thomas Lynskey. Federal Sign System v. Theodore Soutsos. Paul Shotland v. Delia Mulligan. Vincenzo D'Elette v. Illinois Surety Company.— Applications denied, with ten dollars costs. Orders signed.

In the Matter of Eugene J. Vacheron.— Reference ordered to official referee. Order to be settled on notice.